## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Doe

                                         Plaintiff,

v.                                                    Case No.: 1:24−cv−00141

                                                     Honorable LaShonda A. Hunt

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: On 2/2/24, the Court entered an order [7] directing Plaintiff John Doe to "file an amended complaint disclosing its identity, a list of Schedule A defendants, and/or any other appropriate motion(s) for relief" by 2/9/24, and stating that "[f]ailure to comply will result in this case being dismissed for failure to prosecute without further notice." To date, Plaintiff has failed to comply with the 2/2/24 order. Accordingly, this case is dismissed. All pending motions and deadlines are terminated as moot. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.